639 A.2d 299

### BONNIE INGERSOLL AND BRIAN LIHOU v. AETNA CASUALTY AND SURETY COMPANY, ETC.

February 28, 1994.

ORDERED that the petition for certification is granted.